IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DAVID ERWIN                                                                PLAINTIFF

v.                              No. 3:18-cv-37-DPM

GREENE COUNTY, ARKANSAS and
CITY OF PARAGOULD, ARKANSAS                                        DEFENDANTS

ORDER

1. Erwin's motion to proceed *in forma pauperis*, № 1, is granted. His small income doesn't cover his expenses; he's overdrawn at the bank.

2. Erwin's complaint, though, fails to state a claim. There's no relief requested. It doesn't state facts, allege wrongdoing, or name wrongdoers. Instead, it refers to other cases and mentions a video. № 2. Perhaps it's a discovery request in one of Erwin's other cases. If so, Erwin should file the paper in that case. The Court will dismiss this new case without prejudice. 28 U.S.C § 1915(e)(2)(B)(ii).

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 March 2018