IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DAVID ERWIN                                                              PLAINTIFF

v.                           No. 3:18-cv-37-DPM

GREENE COUNTY, ARKANSAS and
CITY OF PARAGOULD, ARKANSAS                              DEFENDANTS

JUDGMENT

The complaint is dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

9 March 2018