# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**DAVID ERWIN**                                               **PLAINTIFF**

v.                         No. 3:18-cv-37-DPM

**GREENE COUNTY, ARKANSAS and
CITY OF PARAGOULD, ARKANSAS**             **DEFENDANTS**

## ORDER

The Court dismissed Erwin's case on 9 March 2018. He's continued to file new materials, though. Recently, Erwin filed another complaint, which he titled as a "new case or amend[ment]." № 6 at 1. It involves events that occurred after his first complaint was dismissed. *See, e.g.* № 6 at 6. This proposed pleading is a new case. Erwin's request to file this amendment as a new case, № 6 at 1 & 8, is tentatively granted. The Court directs the Clerk to file № 6 as a complaint, assign it a case number, and assign it at random to a judge. The Court also directs the Clerk to mail Erwin an *in forma pauperis* form with a copy of this Order. Erwin must complete and file the form by 1 May 2018. Thereafter, the assigned judge will screen the new case.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 April 2018